■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ELMORE, Appellant. [702 NYS2d 860] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered March 5, 1996, convicting him of murder in the second degree (two counts) and attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's generalized request for a trial order of dismissal was not sufficiently specific to preserve for appellate review his challenge to the legal sufficiency of the identification evidence (*see, People v Jackson,* 211 AD2d 686), or his contention that the People failed to prove his intent to commit robbery beyond a reasonable doubt (*see, People v Hodges,* 257 AD2d 630). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt the defendant's identity and intent to commit robbery. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require reversal. Joy, J. P., Altman, Goldstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HENDERSON, Appellant. [702 NYS2d 878] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered August 4, 1998, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

By pleading guilty, the defendant forfeited his right to appellate review of his contention that the court erred in finding that the evidence adduced at a preliminary hearing was sufficient to hold him for Grand Jury action (*see, People v Di Raffaele,* 55 NY2d 234, 240; *cf., People v Dunbar,* 53 NY2d 868, 869; *People v Wiggins,* 198 AD2d 535). Thompson, J. P., S. Miller, Krausman, Florio and Schmidt, JJ., concur.